# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| GERMANTOWN CAB COMPANY, | : | No. 2 EAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order dated December |
| | : | 14, 2015 in the Commonwealth Court at |
| | : | No. 586 MD 2014. |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PHILADELPHIA PARKING AUTHORITY, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 18th day of October 2016, the Order of the Commonwealth Court is **AFFIRMED**.